# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Victoria H.,[1]                                     Case No. 25-CV-00847 (JMB/ECW)

        Plaintiff,

v.                                                          **ORDER**

Frank Bisignano, *Commissioner of Social Security*,

        Defendant.

James H. Greeman, Greeman Toomey, Minneapolis, MN, for Plaintiff Victoria H.

Ameenah Lewis, James D. Sides, Sophie Doroba, Social Security Administration, Office of the General Counsel, Baltimore, MD, for Defendant Frank Bisignano.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Elizabeth Cowan Wright dated January 30, 2026. (Doc. No. 17.) The R&R recommends that Plaintiff Victoria H.'s request that the Court reverse the Commissioner's decision to deny her Title II Disability Insurance Benefits and that benefits be awarded be granted, and that the Commissioner's request the Court affirm its denial of benefits and to dismiss this action be denied. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

---

[1] This District has adopted a policy of using only the first name and last initial of any non-governmental party on orders in Social Security matters.

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The R&R (Doc. No. 17) is ADOPTED.

2.      Plaintiff Victoria H.'s motion (Doc. No. 9) is GRANTED and the Commissioner's motion (Doc. No. 14) is DENIED.

3.      The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: February 17, 2026                              /s/ *Jeffrey M. Bryan*
                                                      Judge Jeffrey M. Bryan
                                                      United States District Court

2